UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

SHANNON PITTS,
Institutional ID No. 17503-078

        Plaintiff,

v.

BUREAU OF PRISONS, *et al.*,

        Defendants.

No. 6:22-CV-00072-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated May 3, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge